IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN BAPTISTE and DEXTER BAPTISTE, on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) | Case No. 5:18-cv-02691-JFL |
| vs. ) ) | |
| BETHLEHEM LANDFILL COMPANY d/b/a IESI PA BETHLEHEM LANDFILL, a Delaware Corporation, ) ) ) ) | FILED SEP 19 2018 |
| Defendant. ) ) ) | KATE BARKMAN, Clerk By_____ Dep. Clerk |

STIPULATION EXTENDING TIME FOR PLAINTIFF TO ANSWER DEFENDANT'S
MOTION TO DISMISS, AND EXTENDING DEFENDANT'S TIME TO SUBMIT REPLY

**IT IS HEREBY STIPULATED AND AGREED**, that Plaintiffs, ROBIN BAPTISTE and DEXTER BAPTISTE, and Defendant Bethlehem Landfill Company (formerly known as IESI PA Bethlehem Landfill Corporation), by their attorneys, consent to Plaintiffs' request for an extension of time until October 2, 2018 to file their Answer in response to Defendant's Motion to Dismiss.

**IT IS FURTHER STIPULATED AND AGREED**, that Plaintiffs and Defendant, by their attorneys, consent to an extension of time until October 16, 2018 for Defendant to file its reply to Plaintiffs' Answer.

BY: _____
KEVIN S. RIECHELSON, ESQ.
ID #58960
KAMENSKY COHEN & RIECHELSON
194 South Broad Street
Trenton, NJ 08608
(609) 394-8585
kriechelson@kcrlawfirm.com

BY: _____
ROBERT DONCHEZ, ESQ.
ID #209505
FLORIO PERRUCCI STEINHARDT
& CAPPELLI LLC
60 West Broad Street, Suite 102
(610) 691-7000
rdonchez@floriolaw.com

Dated: September 18, 2018

SO ORDERED

_____
HONORABLE JOSEPH F. LEESON, JR.
United States District Judge