## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN BAPTISTE, et al. | : | CIVIL ACTION |
| | : | NO. 18-2691 |
| v. | : | |
| | : | |
| BETHLEHEM LANDFILL | : | |
| COMPANY, et al. | : | |

## ORDER

**AND NOW**, this 6th day of December, 2018, it is ORDERED that counsel for the parties shall appear for an oral argument regarding Defendant Bethlehem Landfill's Motion to Dismiss (Dkt. No. 7) on **Friday, January 11, 2019 at 1:30 p.m.** before the Hon. Chad F. Kenney, in Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE