### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN BAPTISTE, et al., | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| BETHLEHEM LANDFILL | : | |
| COMPANY, et al., | : | NO. 18-2691 |
| *Defendants*. | : | |

### ORDER

**AND NOW**, this 11th day of December, 2018, it is hereby **ORDERED** that the Oral Argument regarding Defendant Bethlehem Landfill's Motion to Dismiss (Docket No. 7) scheduled for Friday, January 11, 2019 at 1:30 p.m. is now rescheduled to **Tuesday, February 19, 2019 at 2:00 p.m.** before the Hon. Chad F. Kenney, in Courtroom 6A, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE