# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN BAPTISTE AND DEXTER BAPTISTE, *Plaintiffs*, | CIVIL ACTION |
| v. | No. 18-2691 |
| BETHLEHEM LANDFILL COMPANY, et al. *Defendant.* | |

## ORDER

AND NOW, this 13th day of **March 2019**, upon consideration of Defendant's Motion to Dismiss (ECF No. 7), Plaintiffs' Response thereto (ECF No. 24), and Defendant's Reply in support of its Motion to Dismiss (ECF No. 25), it is hereby **ORDERED** and **DECREED** Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED**. Plaintiffs' Complaint (ECF No. 1) is thus **DISMISSED**.

BY THE COURT:

CHAD F. KENNEY, JUDGE

1