UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN BAPTISTE, *et al.*,<br><br>*Plaintiffs,*<br><br>*vs.*<br><br>BETHLEHEM LANDFILL CO.,<br><br>*Defendant.* | No. 5:18-cv-2691-CFK<br><br>[Electronically filed]<br><br>JUDGE CHAD F. KENNEY |

**STIPULATION OF PLAINTIFFS' VOLUNTARY DISMISSAL BY CONSENT**

In light of Plaintiff Robin Baptiste's March 30, 2021 deposition testimony that she attributes the odors that she allegedly experiences at her home to a facility that she mistakenly believed was called "Bethlehem Landfill" – but was actually the Bethlehem Wastewater Treatment Plant – the parties to the above-captioned action hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiffs' claims are dismissed in their entirety with prejudice and with each side to bear their own costs.

Dated: March 30, 2021

Respectfully submitted:

LIDDLE & DUBIN P.C

*/s/ Nicholas A. Coulson*
Steven D. Liddle
Nicholas A. Coulson
*Admitted Pro Hac Vice*
Liddle & Dubin P.C.
975 E. Jefferson Avenue
Detroit, MI 48207
Tel: (313) 392-0015
Fax: (313) 392-0025
sliddle@ldclassaction.com
ncoulson@ldclassaction.com

1

KAMENSKY COHEN & RIECHELSON
Kevin S. Riechelson
Attorney I.D. 58960
194 S. Broad Street
Trenton, NJ 08608
(609) 394-8585
kriechelson@kcrlawfirm.com

*Attorneys for Plaintiffs*

BY: /s/ *Robert Freedberg*                          BY: /s/ *Eric L. Klein*

**FLORIO PERRUCCI STEINHARDT** **BEVERIDGE & DIAMOND, P.C.**
**CAPPELLI TIPTON & TAYLOR LLC**
Robert M. Donchez ID No: 209505             Roy D. Prather III ID No: 306803
Robert Freedberg, ID No: 7855               Collin Gannon (*admitted pro hac vice*)
60 West Broad Street, Suite 201             201 North Charles Street, Ste 2210
Bethlehem, PA 18018                         Baltimore, MD 21201-4150
(610) 691-7900                              (410) 230-1300
rdonchez@floriolaw.com                      rprather@bdlaw.com
rfreedberg@floriolaw.com                    cgannon@bdlaw.com

Eric L. Klein (*admitted pro hac vice*)
155 Federal Street, Suite 1600
Boston, MA 02110
(617) 419-2300
eklein@bdlaw.com

Michael G. Murphy (*admitted pro hac vice*)
477 Madison Avenue, 15th Floor
New York, New York 10022
(212) 702-5400
mmurphy@bdlaw.com

James B. Slaughter (*admitted pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000
jslaughter@bdlaw.com

*Attorneys for Defendant*
*Bethlehem Landfill Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2021 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 30th day of March, 2021.

*/s/ Nicholas A. Coulson*