# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN BAPTISTE, *et al.*, | **No. 5:18-cv-2691-CFK** |
| *Plaintiffs,* | [Electronically filed] |
| *vs.* | JUDGE CHAD F. KENNEY |
| BETHLEHEM LANDFILL CO., | |
| *Defendant.* | |

## STIPULATION OF PLAINTIFFS' VOLUNTARY DISMISSAL BY CONSENT

In light of Plaintiff Robin Baptiste's March 5, 2021 deposition testimony that she attributes the odors that she allegedly experiences at her home to a facility that she mistakenly believed was called "Bethlehem Landfill" – but was actually the Bethlehem Wastewater Treatment Plant – the parties to the above-captioned action hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiffs' claims are dismissed in their entirety with prejudice and with each side to bear their own costs.

Dated: March 30, 2021                          Respectfully submitted:

LIDDLE & DUBIN P.C

*/s/ Nicholas A. Coulson*
Steven D. Liddle
Nicholas A. Coulson
*Admitted Pro Hac Vice*
Liddle & Dubin P.C.
975 E. Jefferson Avenue
Detroit, MI 48207
Tel: (313) 392-0015
Fax: (313) 392-0025
sliddle@ldclassaction.com
ncoulson@ldclassaction.com

KAMENSKY COHEN & RIECHELSON
Kevin S. Riechelson
Attorney I.D. 58960
194 S. Broad Street
Trenton, NJ 08608
(609) 394-8585
kriechelson@kcrlawfirm.com

*Attorneys for Plaintiffs*

BY: */s/ Robert Freedberg*　　　　　　　

**FLORIO PERRUCCI STEINHARDT
CAPPELLI TIPTON & TAYLOR LLC**
Robert M. Donchez ID No: 209505
Robert Freedberg, ID No: 7855
60 West Broad Street, Suite 201
Bethlehem, PA 18018
(610) 691-7900
rdonchez@floriolaw.com
rfreedberg@floriolaw.com

BY: */s/ Eric L. Klein*　　　　　　　

**BEVERIDGE & DIAMOND, P.C.**
Roy D. Prather III ID No: 306803
Collin Gannon (*admitted pro hac vice*)
201 North Charles Street, Ste 2210
Baltimore, MD 21201-4150
(410) 230-1300
rprather@bdlaw.com
cgannon@bdlaw.com

Eric L. Klein (*admitted pro hac vice*)
155 Federal Street, Suite 1600
Boston, MA 02110
(617) 419-2300
eklein@bdlaw.com

Michael G. Murphy (*admitted pro hac vice*)
477 Madison Avenue, 15th Floor
New York, New York 10022
(212) 702-5400
mmurphy@bdlaw.com

James B. Slaughter (*admitted pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000
jslaughter@bdlaw.com

*Attorneys for Defendant
Bethlehem Landfill Company*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 30, 2021 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 30th day of March, 2021.

*/s/ Nicholas A. Coulson*