UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN BAPTISTE, *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>BETHLEHEM LANDFILL CO.,<br><br>*Defendant.* | No. 5:18-cv-2691-CFK<br><br>[Electronically filed]<br><br>JUDGE CHAD F. KENNEY |

**STIPULATION OF PLAINTIFFS' VOLUNTARY DISMISSAL BY CONSENT**

In light of Plaintiff Robin Baptiste's March 5, 2021 deposition testimony that she attributes the odors that she allegedly experiences at her home to a facility that she mistakenly believed was called "Bethlehem Landfill" – but was actually the Bethlehem Wastewater Treatment Plant – the parties to the above-captioned action hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiffs' claims are dismissed in their entirety with prejudice and with each side to bear their own costs.

Dated: March 30, 2021

Respectfully submitted:

LIDDLE & DUBIN P.C

*/s/ Nicholas A. Coulson*
Steven D. Liddle
Nicholas A. Coulson
*Admitted Pro Hac Vice*
Liddle & Dubin P.C.
975 E. Jefferson Avenue
Detroit, MI 48207
Tel: (313) 392-0015
Fax: (313) 392-0025
sliddle@ldclassaction.com
ncoulson@ldclassaction.com

KAMENSKY COHEN & RIECHELSON
Kevin S. Riechelson
Attorney I.D. 58960
194 S. Broad Street
Trenton, NJ 08608
(609) 394-8585
kriechelson@kcrlawfirm.com

*Attorneys for Plaintiffs*

BY: */s/ Robert Freedberg*

**FLORIO PERRUCCI STEINHARDT CAPPELLI TIPTON & TAYLOR LLC**
Robert M. Donchez ID No: 209505
Robert Freedberg, ID No: 7855
60 West Broad Street, Suite 201
Bethlehem, PA 18018
(610) 691-7900
rdonchez@floriolaw.com
rfreedberg@floriolaw.com

BY: */s/ Eric L. Klein*

**BEVERIDGE & DIAMOND, P.C.**
Roy D. Prather III ID No: 306803
Collin Gannon (*admitted pro hac vice*)
201 North Charles Street, Ste 2210
Baltimore, MD 21201-4150
(410) 230-1300
rprather@bdlaw.com
cgannon@bdlaw.com

Eric L. Klein (*admitted pro hac vice*)
155 Federal Street, Suite 1600
Boston, MA 02110
(617) 419-2300
eklein@bdlaw.com

Michael G. Murphy (*admitted pro hac vice*)
477 Madison Avenue, 15th Floor
New York, New York 10022
(212) 702-5400
mmurphy@bdlaw.com

James B. Slaughter (*admitted pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000
jslaughter@bdlaw.com

*Attorneys for Defendant*
*Bethlehem Landfill Company*

**APPROVED**

/s/ Chad F. Kenney          3/30/2021
_____    _____
**CHAD F. KENNEY, JUDGE    DATE**